## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, *et al.,* | Case No. 17-10570 (BLS) |
| Debtors. | (Jointly Administered) |
| JAMES PATRICK CARROLL, as Plan Administrator for the Post-Effective Date Debtors, | Adv. Pro. No. 19-50158 (BLS) |
| Plaintiff, | |
| – against – | |
| MATRIX SOLUTIONS, INC., | **Related to Adv. Docket Nos. 1 and 3** |
| Defendant. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                                             ) SS
COUNTY OF NEW CASTLE   )


      I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C. and on July 3, 2019, I caused true copies of the (i) Adversary Complaint, dated March 13, 2019; and the (ii) Summons and Notice of Pretrial Conference in an Adversary Proceeding, dated June 7, 2019, to be served upon the following party by first class mail postage prepaid:

        Matrix Imaging Solutions, Inc.
        c/o Alan Olivero
        191 Guadalupe Bend
        Boerne, TX 78006

                _____
        Pauline Z. Ratkowiak, Paralegal
        COLE SCHOTZ P.C.
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801

SWORN TO AND SUBSCRIBED before me
this 3rd day of July, 2019

_____
    NOTARY PUBLIC

        **JASLYN REBECCA JOHNSON**
        **Notary Public, State of Delaware**
        **My Commission Expires 12/20/2020**